JS-6

# UNITED STATES DISTRICT COURT

# DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA VAN NOY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>　　　　Defendant. | Case No.  2:11-cv-03187-JFW (Ex)<br><br>**ORDER DISMISSING LAWSUIT WITHOUT PREJUDICE**<br><br>Complaint filed:  April 14, 2011 |

For good cause shown by the parties' Stipulation, **IT IS HEREBY ORDERED THAT** that the above-referenced lawsuit is dismissed without prejudice, with each party to bear her/its own attorney's fees and costs.

Date: March 13 , 2012

_____
HON. JOHN F. WALTER
**UNITED STATES DISTRICT COURT JUDGE**